JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARHAD SONGHORIAN and JONATHAN SONGHORIAN,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US, LLC, a Delaware Limited Liability Company; and DOES 1 to 50, inclusive,<br><br>Defendant. | Case No. CV 19-9753-GW-JPRx<br><br>[Assigned to the Honorable George H. Wu]<br><br>[Removed November 13, 2019 from Los Angeles Superior Court, Case No. 19STCV35601]<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT** |

Upon consideration of the parties' stipulation, it is hereby ordered that this action is REMANDED to the Superior Court of California, County of Los Angeles. All matters currently scheduled in this federal action shall be taken off calendar.

**IT IS SO ORDERED**

DATED: December 13, 2019

Hon. George H. Wu
UNITED STATES DISTRICT JUDGE